IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(WICHITA DOCKET)

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action |
| | ) | |
| v. | ) | No. 10-__10140__-01, 02-__JTM__ |
| | ) | |
| **CARLIS D. ROGERS**, and | ) | |
| **JAQUES D. DUBOSE**, | ) | |
| | ) | |
| Defendants. | ) | |

## INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about September 10, 2010, in the District of Kansas, the defendants,

**CARLIS D. ROGERS and
JAQUES D. DUBOSE**,

did by force and violence, or intimidation, take from the person or presence of employees of the Legacy Bank, 2055 N. Woodlawn, Wichita, Kansas, money, to wit: $13,078.62, belonging to, or in the care, custody, control, management or possession of, the Legacy Bank, 2055 N. Woodlawn, Wichita, Kansas, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

In violation of Title 18, United States Code, Section 2113(a).

## COUNT 2

On or about September 10, 2010, in the District of Kansas, the defendants,

**CARLIS D. ROGERS and
JAQUES D. DUBOSE**,

knowingly carried and used a firearm, which was brandished, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, that is, the robbery of Legacy Bank, 2055 N. Woodlawn, Wichita, Kansas, in violation of Title 18, United States Code, Section 2113(a).

In violation of Title 18, United States Code, Sections 924(c).

A TRUE BILL

  September 15, 2010                       s/Foreperson
DATE                                          FOREMAN OF THE GRAND JURY


  s/Barry R. Grissom
BARRY R. GRISSOM
United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Ks. S. Ct. No. 10866

(It is requested that trial be held in Wichita, Kansas.)